FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 12 AM 11: 18

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM P. CAMP, JR.,         )
                              )
        Plaintiff,            )
                              )
    v.                        )   CASE NO. 4:03-CV-93
                              )
JO ANNE B. BARNHART,          )
Commissioner of Social        )
Security,                     )
                              )
        Defendant.            )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12th day of January, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA